**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00891-CV

**RICHARDSON TRIDENT COMPANY, INC. & THOMAS E. BENTLY, Appellants**

**V.**

**WHITE ROCK ADVISORS, LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04592**

## ORDER

The Court has before it the request of Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, for an extension of time in which to file the reporter's record in this case. The Court **GRANTS** the motion and **ORDERS** the reporter's record submitted on August 22, 2013 timely filed as of that date.

/s/     ELIZABETH LANG-MIERS
        JUSTICE